## DECLARATION OF DAVID STEVENS, M.D., M.A.

COMES NOW DAVID STEVENS, M.D., M.A. and declares as follows:

1. I am an individual having obtained the age of majority and having knowledge of the statements contained herein.

2. I am a medical doctor and I also hold a Master of Arts Degree in Biomedical Ethics.

3. I am the Chief Executive Officer of the Christian Medical and Dental Association ("Christian Medical), a nonprofit national organization of Christian physicians and allied healthcare professionals with over 16,000 members. In addition to Christian Medical's physician members, Christian Medical has associate members from a number of allied healthcare professions, including nurses and physician assistants.

4. Some Christian Medical members are employed by, or hold admitting privileges with, Trinity hospitals, as well as other providers that receive federal funding. In addition to Christian Medical's physician members, it also has associate members from a number of allied healthcare professions, including nurses and physician assistants.

5. Christian Medical is opposed to the practice of abortion as contrary to Scripture, respect for the sanctity of human life, and traditional, historical and Judeo-Christian medical ethics.

6. Based upon my knowledge of Christian Medical's members and their medical ethical views, I affirm that they are committed to the sanctity of

**Exhibit B**

human life and it would violate their consciences to participate in or refer for abortions. It is likely that if Christian Medical's members are forced to perform or assist in abortions in violation of their consciences, they would leave the profession or relocate from those jurisdictions compelling them to do so instead of performing or referring for abortions.

7. Christian Medical has actively sought conscience protections for its members and other healthcare professionals who might otherwise be forced by laws or regulations or by their employers to provide or refer for abortions.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7 day of December, 2015.

David Stevens, M.D., M.A.
Chief Executive Officer
Christian Medical and Dental Association