## DECLARATION OF DONNA J. HARRISON, M.D.

COMES NOW DONNA J. HARRISON, M.D. and declares as follows:

1. I am an individual having obtained the age of majority and having knowledge of the statements contained herein.

2. I am a board-certified obstetrician and gynecologist. I have a bachelor of science in biochemistry and a bachelor of arts in chemistry from Michigan State University and doctor of medicine from the University of Michigan, with advanced training in community health at the University of Arizona. I did my residency at Saint Joseph Mercy Hospital, which is affiliated with the University of Michigan. For three years, I taught in the Department of Obstetrics and Gynecology at the University of Michigan.

3. I am the Executive Director of the American Association of Pro-Life Obstetricians and Gynecologists ("AAPLOG), one of the largest special interest groups within the American College of Obstetricians and Gynecologists.

4. AAPLOG members affirm the following Mission Statement:
   a. That we, as physicians, are responsible for the care and well being of both our pregnant woman patient and her unborn child.

   b. That the unborn child is a human being from the time of fertilization.

   c. That elective disruption/abortion of human life at any time from fertilization onward constitutes the willful destruction of an innocent human being, and that this procedure will have no place in our

**Exhibit C**

    practice of the healing arts.

    d. That we are committed to educate abortion-vulnerable patients, the general public, pregnancy center counselors, and our medical colleagues regarding the medical and psychological complications associated with induced abortion, as evidenced in the scientific literature.

    e. That we are deeply concerned about the profound, adverse effects that elective abortion imposes, not just on the women, but also on the entire involved family, and on our society at large.

5. AAPLOG has at least six hundred (600) dues-paying members and over fifteen hundred (1,500) doctors associated with the organization. AAPLOG and its members oppose the practice of abortion for a variety of reasons, including religious and moral beliefs and the belief that the practice of abortion is inconsistent with professional medical ethics.

6. One of AAPLOG's primary purposes is to reaffirm the unique value and dignity of individual human life in all states of its development and subsequent course from the moment of conception. To this end, AAPLOG sponsors and conducts research and educational programs consistent with this purpose.

7. AAPLOG is also deeply committed to defending the right of conscience of doctors, including its members, not to perform, refer for or to otherwise assist in the practice of abortion.

8. Due to government licensing and federal funding (including funding from the Department of Health and Human Services, as well as from the Departments of Labor and/or Education) are ubiquitous in the practice

of medicine, virtually all AAPLOG members who practice obstetrics and gynecology hold credentials with government entities and/or work for or hold credentials from public or private entities that receive federal funds.

9. Some AAPLOG members who practice obstetrics and gynecology are either employed by or hold admitting privileges with Trinity hospitals.

10. Based upon my knowledge of AAPLOG's members and their medical ethical views, I affirm that they are committed to the sanctity of human life and it would violate their consciences to participate in or refer for abortions. It is likely that if AAPLOG members are forced to perform or assist in abortions in violation of their consciences, they would leave the profession or relocate from those jurisdictions compelling them to do so instead of performing or referring for abortions. Many AAPLOG members are providers in rural or remote areas. Forcing such persons from those areas or out of the medical profession altogether would leave these populations unserved or underserved.

11. AAPLOG has actively sought conscience protections for its members and other healthcare professionals who might otherwise be forced by laws or regulations or by their employers to provide or refer for abortions.

12. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8 day of December, 2015.

                                              Donna J. Harrison, M.D.
                                              Executive Director
                                              American Association of Pro-Life
                                              Obstetrician and Gynecologists