# DECLARATION OF MARIO DIAZ, ESQ.

COMES NOW MARIO DIAZ, ESQ. and declares as follows:

1. I am an individual having obtained the age of majority and having knowledge of the statements contained herein.

2. I obtained a Juris Doctor from the Catholic University of America's Columbus School of Law in Washington, D.C. and I am an active member of the Maryland Bar Association. I completed my undergraduate work at Middle Tennessee State University.

3. I serve as Legal Counsel for Concerned Women for America ("CWA") and lead CWA's Legal Studies Department.

4. CWA is the largest public policy women's organization in the United States, with thousands of members from all 50 states.

5. CWA through its grassroots organization encourages policies that strengthen families and advocates the traditional virtues that are central to America's cultural health and welfare.

6. CWA actively promotes legislation, education, and policymaking consistent with its philosophy.

7. CWA's members (some of whom are Medicaid eligible and/or recipients) are people whose voices are often overlooked – average, middle-class American women whose views are not represented by the powerful or the elite.

8. Based upon my knowledge of CWA's members and their medical

**Exhibit D**

ethical views, CWA is profoundly committed to the sanctity of life and opposes the practice of abortion.

9. Some of CWA's members have a religious conviction to only seek healthcare from providers like Trinity hospitals that do not perform abortions.

10. CWA members have received or plan to receive health services (including pregnancy-related services) at Trinity hospitals in most states where their facilities are located.

11. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this _8_ day of December, 2015.

_____
Mario Diaz, Esq.
Legal Counsel
Concerned Women for America