IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, on behalf of its members, and AMERICAN CIVIL LIBERTIES UNION of MICHIGAN, on behalf of its members, | Hon. Gershwin A. Drain<br><br>Case No. 15-cv-12611 |
| Plaintiffs, | |
| vs. | |
| TRINITY HEALTH CORPORATION, an Indiana corporation, and TRINITY HEALTH – MICHIGAN, a Michigan corporation, | DEFENDANT-INTERVENORS' MOTION TO DISMISS |
| Defendants, | |
| and | |
| CATHOLIC MEDICAL ASSOCIATION, on behalf of its members, | |
| CHRISTIAN MEDICAL and DENTAL ASSOCIATION, on behalf of its members, and | |
| AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS, on behalf of its members, | |
| Defendant-Intervenors. | |

1

COME NOW Defendant-Intervenors the Catholic Medical Association ("Catholic Medical"), Christian Medical and Dental Association ("Christian Medical"), and the American Association of Pro-Life Obstetricians and Gynecologists ("AAPLOG") (collectively, hereinafter the "Intervenors"), pursuant to Fed. R. Civ. P. 12(b)(1) & (b)(6) and Loc. R. Civ. P. 7.1 of this Court, and hereby move to dismiss Defendants' amended complaint in the above-captioned case, because the Court lacks subject matter jurisdiction over Plaintiffs' claims and Plaintiffs fail to state a claim upon which relief can be granted. In support of this motion, Intervenors rely on the accompanying brief.

Pursuant to Local Rule LR 7.1, the Intervenors' counsel sought concurrence of Plaintiffs' counsel in the relief requested in this motion on December 10, 2015. Plaintiffs' counsel declined to consent to such relief. The Court's March 12, 2016 order indicated that Intervenors may refile their motion to dismiss now that their intervention motion has been granted. The brief below is the same as the previous proposed brief in support of Intervenors' proposed motion to dismiss, except for proofreading changes, some subheadings to added pre-existing text, and three additional case citations added in support of the argument.

Therefore, and for the reasons stated in the accompanying brief, the Intervenors respectfully request dismissal of plaintiffs' amended complaint.

Respectfully submitted this 14th day of March 2016,

        CATHOLIC MEDICAL ASSOCIATION; CHRISTIAN MEDICAL AND DENTAL ASSOCIATIONS; and AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS; by

        *s/ Matthew S. Bowman*
Matthew S. Bowman
Michigan Bar # P66239
Alliance Defending Freedom
440 First Street NW, Ste. 600
Washington, D.C. 20001
202.393.8690
202.347.3622 (fax)
mbowman@ADFlegal.org

Kevin H. Theriot
Arizona Bar #030446
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
480.444.0020
480.444.0028 (fax)
ktheriot@ADFlegal.org

Local Counsel
Steven M. Jentzen,
MI Bar No. P29391
ATTORNEY AT LAW
106 S. Washington
Ypsilanti, MI 48197
(734) 482-5466; (734) 482-2440 Fax
smj@jentzenlaw.com

*Attorneys for Defendant- Intervenors*

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will serve notification of such filing on the following:

Brooke A. Merriweather-Tucker (P79136)
Daniel S. Korobkin (P72842)
Michael J. Steinberg (P48085)
Kary L. Moss (P49759)
American Civil Liberties Union
Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6823
btucker@aclumich.org
dkorobkin@aclumich.org
msteinberg@aclumich.org

Alexa Kolbi-Molinas
Brigitte Amiri
Jennifer Dalven
Alyson Zureick
American Civil Liberties Union
Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2633
akolbi-molinas@aclu.org
bamiri@aclu.org
jdalven@aclu.org
azureick@aclu.org
*Attorneys for Plaintiffs*
American Civil Liberties Union

Jennifer B. Salvatore (P66640)
Cooperating Attorney
Nacht, Roumel & Salvatore, PC

101 North Main Street, Suite 555
Ann Arbor, MI 48104
(734) 663-7550
jsalvatore@nachtlaw.com
*Attorneys for Plaintiffs*
American Civil Liberties Union of Michigan

Thomas Van Dusen (P30602)
Dennis J. Levasseur (P39778)
Michael J. Serra (P77741)
BODMAN PLC
1901 St. Antoine St., 6th Floor at
Ford Field
Detroit, Michigan 48226
(313) 259-7777
dlevasseur@bodmanlaw.com
tvandusen@bodmanlaw.com
mserra@bodmanlaw.com
*Attorneys for Defendants*

                                            *s/ Matthew S. Bowman*
                                            Matthew S. Bowman
                                            *Counsel for Defendant-Intervenors*